No. 508, Misc. WALKER v. PATE, WARDEN. Motion for leave to file petition for writ of certiorari denied.

No. 464, Misc. RODRIGUEZ v. McMANN, WARDEN; and
No. 489, Misc. TERRY v. PITCHES, SHERIFF. Motions for leave to file petitions for writs of habeas corpus denied.

No. 501, Misc. DANDY v. MYERS, CORRECTIONAL SUPERINTENDENT; and
No. 517, Misc. DICKEY v. TEXAS ET AL. Motions for leave to file petitions for writs of habeas corpus denied. Treating the papers submitted as petitions for writs of certiorari, certiorari is denied.

No. 496. GRISWOLD ET AL. v. CONNECTICUT. Appeal from the Supreme Court of Errors of Connecticut. Probable jurisdiction noted. *Fowler V. Harper* for appellants. *Joseph B. Clark* for appellee.

No. 491. LAMONT, DOING BUSINESS AS BASIC PAMPHLETS v. POSTMASTER GENERAL. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. Counsel are directed to discuss in their briefs and oral argument the question of mootness as well as the merits of the case. MR. JUSTICE WHITE took no part in the consideration or decision of this case. *Leonard B. Boudin, Victor Rabinowitz* and *Henry Winestine* for appellant. *Solicitor General Cox, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Lee B. Anderson* for appellee.